COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE:


THE STATE OF TEXAS, 


 Relator.


§


 


§


 


§


 


§


 


§


 


 § 




 


No. 08-11-00054-CR


AN ORIGINAL PROCEEDING IN


MANDAMUS


MEMORANDUM OPINION


 Pending before the Court is Relator's motion to dismiss this original proceeding. The motion
is granted, and the proceeding is dismissed.


 GUADALUPE RIVERA, Justice

February 23, 2011


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)